IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:15-CV-00131

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) GREEN MANOR REST HOME, INC., and ) ZEDDIE GREEN, in her capacity as ) Guarantor, ) ) Defendant. ) | ORDER |

Upon the Motion for Entry of Default filed by Plaintiff U.S. Equal Employment Opportunity Commission and for good cause shown, default is hereby entered against Defendant Green Manor Rest Home, Inc. and Defendant Zeddie Green.

Dated this 28th day of October, 2015.

_Julie Richards Johnston_
Julie Richards Johnston, Clerk of Court