IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT ) <br> OPPORTUNITY COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GREEN MANOR REST HOME, INC., and ) <br> ZEDDIE GREEN, in her capacity as ) <br> Guarantor, ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No.: <br> 7:15-CV-00131-D |

## JUDGMENT

This action came before the Clerk on motion by the Plaintiff pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, seeking a default judgment against Defendant on behalf of Joan Oxendine. The issues have been considered and a decision has been rendered.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Clerk enters a judgment against Defendants Green Manor Rest Home, Inc. and Zeddie Green, in her capacity as Guarantor, in favor of Joan Oxendine in the sum certain amount of Fifty Seven Thousand Two Hundred and Fifty dollars and sixty six cents ($57,250.66) plus interest from the time of the award.

SO ORDERED. This **31** day of **December** 20**15**.

_____
JAMES C. DEVER III
Chief United States District Judge